979 P.2d 98

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 14, 1998**

| | | |
|---|---|---|
| 20929 | State v. De Feo | Affirmed |

**October 30, 1998**

| | | |
|---|---|---|
| 21052 | State v. Halloran | Affirmed |

**December 28, 1998**

| | | |
|---|---|---|
| 21481 | State v. Hong | Affirmed |

**January 26, 1999**

| | | |
|---|---|---|
| 21323 | State v. Freitas | Affirmed |
| 21572 | State v. Mohr | Affirmed |

**January 27, 1999**

| | | |
|---|---|---|
| 21215 | Doe Children, In re | Affirmed |
| 21217 | Doe Children, In re | Affirmed |
| 21046 | Rapozo v. State | Affirmed |
| 21313 | State v. Ganal | Affirmed |

**January 28, 1999**

| | | |
|---|---|---|
| 20985 | Ross v. County of Hawai'i | Affirmed |
| 21133 | State v. Castillo | Affirmed |

**March 29, 1999**

| | | |
|---|---|---|
| 21368 | State v. Argayoso | Affirmed |

**April 19, 1999**

| | | |
|---|---|---|
| 21286 | State v. Myrick | Affirmed |

**May 10, 1999**

| | | |
|---|---|---|
| 21684 | State v. Kelemete | Affirmed |

**May 20, 1999**

| | | |
|---|---|---|
| 21406 | State v. Kimi | Affirmed |